CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of California



**FILED**
Aug 22 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ armincortez   DEPUTY

George Lawson Liggins Jr.

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Federal Bureau of Investigation, etc...
Please See Attached *Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. **'25CV2175 RSH MMP**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☐ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | George Lawson Liggins Jr. |
| Street Address | 1468 1st Ave. #25 |
| City and County | San Diego |
| State and Zip Code | California, 92101 |
| Telephone Number | 619-204-3663 |
| E-mail Address | george.liggins.jr@mail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

1

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

Defendant No. 1
    Name      *Please See*
    Job or Title *(if known)*      *Complaint attached.*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 2
    Name      *Please See*
    Job or Title *(if known)*      *Complaint attached*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name      *Please See*
    Job or Title *(if known)*      *Complaint attached*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name      *Please See*
    Job or Title *(if known)*      *Complaint attached.*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Question    ☐ Diversity of Citizenship    ☑ U.S. Government Defendant

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____
_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a Limited Liability Company (LLC)

   The defendant LLC's individual members, *(names)* _____

   are citizens of the following States or foreign nations *(names)*:

   _____

3

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

      c.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Venue

The Southern District of California includes the Counties of San Diego and Imperial. If <u>one</u> of the venue options below applies, the Southern District is the correct place to file your lawsuit.

Venue is appropriate in this Court because *(check all that apply)*:

- [x] a substantial part of the events I am suing about occurred in San Diego or Imperial County
- [ ] a substantial part of the property I am suing about is located in San Diego or Imperial County
- [x] I am suing the U.S. government, federal agency, or a federal official in his/her/their official capacity <u>and</u> I live in San Diego or Imperial County
- [ ] at least one defendant resides in this district and all other defendants reside in California
- [ ] Other (identify the specific statute that says venue is proper here):

_____

4

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

## IV. Statement of Claim(s)

Write a short and plain statement of each claim or legal cause of action you believe entitles you to relief. In your own words, briefly explain what each defendant did, when and where they did it, and how each defendant's acts or omissions caused you harm. If you wish to make more than one claim for relief, number each one and include a short and plain statement of each claim in a separate paragraph, as set forth below. Attach additional pages if needed.

A. FIRST CLAIM FOR RELIEF: Declaratory Judgment Defendants (identify the law or right you claim was violated), by Please See Claim attached.

(name the defendant(s) involved).

Supporting Facts: (explain what happened): ~~[redacted]~~ Please See Section VI of Complaint (Revised) attached.

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

## IV. Statement of Claim(s) (cont'd)

B. SECOND CLAIM FOR RELIEF: <u>Injunctive Relief</u> (identify the law or right you claim was violated), by _____ (name the defendant(s) involved).

Supporting Facts: (explain what happened): <u>Please see Section VI of Complaint (Revised) attached, but includes:</u>

- <u>Injunctive Relief prohibiting Defendants, their agents and contractors from:</u>
  - <u>Surveillance or electronic eavesdropping on Plaintiffs;</u>
  - <u>Unauthorized entry into Plaintiff's property;</u>
  - <u>Retaliation, intimidation, or constructive eviction attempts;</u>
  - <u>Disclosure or misuse of Plaintiff's medical data;</u>
  - <u>Interference with or conspiracy to interfer with Plaintiff's medical care, Cont'd in Section VI</u>

C. THIRD CLAIM FOR RELIEF: <u>Preservation of all records and Data concerning Plaintiffs.</u> (identify the law or right you claim was violated), by _____ (name the defendant(s) involved).

Supporting Facts: (explain what happened): _____

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.

☐ Money damages in the amount of: _____.

☒ Other (explain): _Money damages as court sees fit._

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or lack of information.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _August 22, 2025_

Plaintiff's Signature: _[signature]_

Plaintiff's Printed Name: _George Lawson Liggins Jr_

Mail body: Complaint

# COMPLAINT (Revised)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**George Liggins Jr.**
Plaintiff,

v.

**Federal Bureau of Investigation (FBI); Department of Homeland Security (DHS); Department of Veterans Affairs (VA), including VA Security Services and VA Office of Connected Care; Federal Protective Service (FPS); San Diego Police Department (SDPD); San Diego County Sheriff's Department; La Mesa Police Department; Coronado Police Department; Chula Vista Police Department; San Diego Harbor Police; U.S. Naval Security Forces; U.S. Marine Corps Security Forces; U.S. Coast Guard; Escondido Police Department; and DOES 1–100** and California Highway Patrol
Defendants.

Case No. _____

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

## I. INTRODUCTION

This action arises from ongoing harassment, electronic surveillance, retaliation, unlawful entry, constructive eviction attempts, violations of Plaintiff's privacy, and interference with medical care.

Plaintiff further alleges misuse of confidential medical information and requests protection against being used in any fashion as a clandestine "prop" or "foil" in **fundraising schemes, gambling activities, initiations, or other ritualistic or group activities**.

## II. JURISDICTION & VENUE

Jurisdiction is proper under 28 U.S.C. §§ 1331, 1343, and 1361. Venue is proper under 28 U.S.C. § 1391(b).

## III. PARTIES

- **Plaintiff**: George Liggins Jr., U.S. citizen, veteran, resident of San Diego, CA.
- **Defendants**: The above-listed federal, state, and local agencies, and their agents.

## IV. FACTUAL ALLEGATIONS

1. Plaintiff is a veteran and resident of San Diego.

2. Defendants, acting individually and in concert, have engaged in ongoing harassment, surveillance, and intimidation.

3. Plaintiff's residence has been subject to unauthorized entry and constructive eviction attempts.

4. Plaintiff has been subjected to electronic eavesdropping in violation of federal law.

5. Plaintiff's confidential medical information has been disclosed or misused.

6. Defendants have interfered with Plaintiff's access to medical care.

7. Defendants have retaliated against Plaintiff after he sought lawful assistance.

8. Plaintiff believes Defendants and/or associated groups have used him, without consent, as a **prop or foil in clandestine activities such as fundraising schemes, gambling, initiation rituals, or other group ceremonies**, constituting harassment, exploitation, and psychological harm.

## V. CAUSES OF ACTION

1. **Fourth Amendment violations** – unlawful surveillance, searches, intrusions.

2. **First Amendment violations** – retaliation for protected activities.

3. **Fifth Amendment violations** – denial of due process, constructive eviction.

4. **Electronic Communications Privacy Act** – 18 U.S.C. § 2511 violations.

5. **HIPAA & Privacy Rights violations** – unauthorized medical disclosures.

6. **Interference with Medical Care** – direct and conspiratorial obstruction.

7. **Exploitation & Psychological Abuse** – misuse of Plaintiff as a non-consenting participant in clandestine activities.

## VI. RELIEF REQUESTED

Plaintiff seeks:

1. Declaratory judgment that Defendants' conduct is unlawful.

2. Injunctive relief prohibiting Defendants, their agents, and contractors from:
    - Surveillance or electronic eavesdropping on Plaintiff;
    - Unauthorized entry into Plaintiff's property;
    - Retaliation, intimidation, or constructive eviction attempts;
    - Disclosure or misuse of Plaintiff's medical data;

- Interference with or conspiracy to interfere with Plaintiff's medical care;

- Using Plaintiff as a clandestine "prop" or "foil" in fundraising, gambling, initiation rituals, or group ceremonies.

3. Preservation of all records and data concerning Plaintiff.

4. Costs and further equitable relief as the Court deems just.

---

DATED: AUG 22, 2025

Respectfully submitted,

*[signature]*

**George Liggins Jr.**
Plaintiff, Pro Se