# COMPLAINT (Revised)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

---

**George Liggins Jr.**
Plaintiff,

v.

**Federal Bureau of Investigation (FBI); Department of Homeland Security (DHS); Department of Veterans Affairs (VA), including VA Security Services and VA Office of Connected Care; Federal Protective Service (FPS); San Diego Police Department (SDPD); San Diego County Sheriff's Department; La Mesa Police Department; Coronado Police Department; Chula Vista Police Department; San Diego Harbor Police; U.S. Naval Security Forces; U.S. Marine Corps Security Forces; U.S. Coast Guard; Escondido Police Department; and DOES 1–100** and California Highway Patrol
Defendants.

Case No. _____

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

---

## I. INTRODUCTION

This action arises from ongoing harassment, electronic surveillance, retaliation, unlawful entry, constructive eviction attempts, violations of Plaintiff's privacy, and interference with medical care.

Plaintiff further alleges misuse of confidential medical information and requests protection against being used in any fashion as a clandestine "prop" or "foil" in **fundraising schemes, gambling activities, initiations, or other ritualistic or group activities**.

## II. JURISDICTION & VENUE

Jurisdiction is proper under 28 U.S.C. §§ 1331, 1343, and 1361. Venue is proper under 28 U.S.C. § 1391(b).

## III. PARTIES

- **Plaintiff**: George Liggins Jr., U.S. citizen, veteran, resident of San Diego, CA.
- **Defendants**: The above-listed federal, state, and local agencies, and their agents.

## IV. FACTUAL ALLEGATIONS

1. Plaintiff is a veteran and resident of San Diego.

2. Defendants, acting individually and in concert, have engaged in ongoing harassment, surveillance, and intimidation.

3. Plaintiff's residence has been subject to unauthorized entry and constructive eviction attempts.

4. Plaintiff has been subjected to electronic eavesdropping in violation of federal law.

5. Plaintiff's confidential medical information has been disclosed or misused.

6. Defendants have interfered with Plaintiff's access to medical care.

7. Defendants have retaliated against Plaintiff after he sought lawful assistance.

8. Plaintiff believes Defendants and/or associated groups have used him, without consent, as a **prop or foil in clandestine activities such as fundraising schemes, gambling, initiation rituals, or other group ceremonies**, constituting harassment, exploitation, and psychological harm.

## V. CAUSES OF ACTION

1. **Fourth Amendment violations** – unlawful surveillance, searches, intrusions.

2. **First Amendment violations** – retaliation for protected activities.

3. **Fifth Amendment violations** – denial of due process, constructive eviction.

4. **Electronic Communications Privacy Act** – 18 U.S.C. § 2511 violations.

5. **HIPAA & Privacy Rights violations** – unauthorized medical disclosures.

6. **Interference with Medical Care** – direct and conspiratorial obstruction.

7. **Exploitation & Psychological Abuse** – misuse of Plaintiff as a non-consenting participant in clandestine activities.

## VI. RELIEF REQUESTED

Plaintiff seeks:

1. Declaratory judgment that Defendants' conduct is unlawful.

2. Injunctive relief prohibiting Defendants, their agents, and contractors from:
   - Surveillance or electronic eavesdropping on Plaintiff;
   - Unauthorized entry into Plaintiff's property;
   - Retaliation, intimidation, or constructive eviction attempts;
   - Disclosure or misuse of Plaintiff's medical data;

- Interference with or conspiracy to interfere with Plaintiff's medical care;

- **Using Plaintiff as a clandestine "prop" or "foil" in fundraising, gambling, initiation rituals, or group ceremonies.**

3. Preservation of all records and data concerning Plaintiff.

4. Costs and further equitable relief as the Court deems just.

---

DATED: AUG 22, 2025

Respectfully submitted,

**George Liggins Jr.**
Plaintiff, Pro Se