# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LAWSON LIGGINS JR., <br><br>Plaintiff, <br><br>v. <br><br>FEDERAL BUREAU OF INVESTIGATION, et al., <br><br>Defendants. | Case No.: 25-cv-2175-RSH-MMP <br><br>**ORDER DISMISSING CASE** |

On August 22, 2025, plaintiff Gregory Lawson Liggins Jr., proceeding *pro se*, commenced this action and filed a motion to proceed *in forma pauperis* ("IFP"). ECF Nos. 1 ("Compl."); 2. On the same day, Plaintiff further filed a motion for a preliminary injunction. ECF No. 3. On September 9, 2025, Plaintiff filed an Amended Complaint. ECF No. 4. On September 29, 2025, Plaintiff filed a notice withdrawing his Amended Complaint and requesting that the Court "take no further action on this filing." ECF No. 6 at 1.

The Court construes Plaintiff's September 29, 2025 filing as a Notice of Voluntary Dismissal of this action under Federal Rule of Civil Procedure 41(a)(1)(A)(i). A voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) is self-executing and requires no further action by the Court. *United States v. 475 Martin Lane*, 545 F.3d 1134, 1145–46 (9th Cir. 2008).

1  In light of Plaintiff's Notice, it is therefore confirmed the instant action has been
2  **DISMISSED WITHOUT PREJUDICE.**[1] The Clerk of Court is directed to close the case.
3      **IT IS SO ORDERED.**
4  Dated: September 28, 2025

*Robert S. Huie*
_____
Hon. Robert S. Huie
United States District Judge

---

[1] Alternatively, to the extent Plaintiff did not intend his September 29, 2025 filing to be a Notice of Voluntary Dismissal, the Court dismisses this action for Plaintiff's failure to pay the required filing fee as set forth in the Court's September 26, 2025 Order. ECF No. 5 at 2.